UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**WILLIAM H. OLIVER, JR., ESQ.**
Attorney at Law
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ 07753
(732) 988-1500

Order Filed on August 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARIE CATHERINE SOSA

Case No.:  18-24035

Adv. No.:

Hearing Date:  Aug. 8, 2018 @ 9am

Judge:  Kathryn C. Ferguson

## ORDER TO CONTINUE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor:    MARIE CATHERINE SOSA
Case No.:  18-24035(KCF)
Caption of Order:  ORDER TO CONTINUE AUTOMATIC STAY
Page 2

Upon the Debtors' motion to continue the automatic stay in case filed after prior dismissal within a year of filing, and for good cause shown and no objections raised,

**IT IS** hereby **ORDERED** as follows:

1. The automatic stay under §362(a) is hereby continued as to all creditors until further Order of the Court.
2. A copy of this Order shall be served on all interested parties within  7   days of the entry of this Order.