McGovern Legal Services, LLC
Michael R. Polulak, Esq.
850 Carolier Lane
North Brunswick, NJ 08902
Phone (732) 246-1221
Fax (732) 246-1872
ATTORNEYS FOR SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC.

|  |  |
|---|---|
| In re:<br><br>MARIE SOSA<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE<br><br>CASE NO.: 18-24035-KCF<br><br>SUBSTITUTION OF ATTORNEY |

The undersigned hereby consents to the substitution of McGovern Legal Services LLC, in place of Cutolo Barros, LLC, as attorneys for Sixty Acre Reserve Condominium Association, Inc.

Cutolo Barros, LLC

By: /s/ JK
Joseph A. Kutschman, III, Esq.
Withdrawing Attorney(s)

Date: 08/29/2018

McGovern Legal Services, LLC

By: _____
Marlena S. Diaz-Cobo, Esq.
Superseding Attorney(s)

Date: 9/6/18