McGOVERN LEGAL SERVICES, LLC
BY: MARLENA S. DIAZ-COBO, ESQ.
850 CAROLIER LANE
NEW BRUNSWICK, NEW JERSEY 08903-1111
(732) 246-1221
ATTORNEYS FOR SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC.

_____

|  |  |
|---|---|
| In re: | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE |
| MARIE CATHERINE SOSA | CASE NO.:   18-24035-KCF |
| Debtor. | **NOTICE OF APPEARANCE AND<br>DEMAND FOR SERVICE OF PAPERS** |

_____

TO:   CLERK, UNITED STATES BANKRUPTCY COURT
      402 East State Street
      Trenton, NJ 08608
      Telephone: 609-989-2200

      MARIE CATHERINE SOSA
      c/o William H. Oliver, Jr.
      2240 State Highway 33
      Suite 112
      Neptune, NJ 07753

      TRUSTEE
      Albert Russo
      Standing Chapter 13 Trustee
      CN 4853
      Trenton, NJ 08650-4853

      U.S. TRUSTEE
      US Dept of Justice
      Office of the US Trustee
      One Newark Center Ste 2100

1

Newark, NJ 07102

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel to Sixty Acre Reserve Condominium Association, Inc., in the above captioned matter. Pursuant to Bankruptcy Rules 2002 and 9010, request is hereby made that all papers, pleadings and applications served or required to be served in this case be given to and served upon the undersigned.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules cited above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether conveyed by mail, email, telephone, telegraph, telex or otherwise which may affect the rights or interests, in any way of/in the above-captioned matter.

                                                      McGOVERN LEGAL SERVICES, LLC
                                                      Attorneys for Sixty Acre Reserve Condominium Association, Inc.

DATED: September 6, 2018        By:    /s/ *Marlena S. Diaz-Cobo*
                                                              MARLENA S. DIAZ-COBO, ESQ.

## CERTIFICATION OF SERVICE

I, Marlena S. Diaz-Cobo, Esq., do certify that a true copy of the Notice of Appearance and Demand for Service of Papers was served upon those individuals and/or entities listed on the attached service list via electronic service on September 6, 2018.

DATED: September 6, 2018        By:    /s/ *Marlena S. Diaz-Cobo*
                                        MARLENA S. DIAZ-COBO, ESQ.

## SERVICE LIST

**Via Electronic Service**

CLERK, UNITED STATES BANKRUPTCY COURT
402 East State Street
Trenton, NJ 08608
Telephone: 609-989-2200

MARIE CATHERINE SOSA
c/o William H. Oliver, Jr.
2240 State Highway 33
Suite 112
Neptune, NJ 07753

TRUSTEE
Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

U.S. TRUSTEE
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102