UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

Marie Sosa,

                         Debtors

Case No.:  18-24035

Adv. No:

Hearing Date:  09/12/2018

Chapter: 13

Judge: Kathryn C. Ferguson

### CERTIFICATION OF DEBTOR IN SUPPORT OF CHAPTER 13 PLAN

Marie Sosa, hereby certify and say:

1.    I am the Debtor in connection with the above matter.

2.    The chapter 13 trustee is disputing my monthly expense of $430.00 for food. $100.00 a week for food is not an excess amount for a family of one.

3.    The chapter 13 trustee is disputing my monthly expense of $150.00 a month for clothing. I work as a Clerk for the State of New Jersey and need to dress with respect to the Court. I do not believe an expense of $150.00 a month is an excessive amount.

4.    My Chapter 13 plan calls for $1870.00 to unsecured creditors, however, due to the increased proof of claim filed by secured creditor, Sixty Acres, there is no non-exempt equity to pay to unsecured creditors.

5.      It is therefore requested that my chapter 13 plan be confirmed to pay secured creditors as outlined in the Chapter 13 plan or by the claims filed and $0 to unsecured creditors.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  September 11, 2018              */s/ Marie Sosa*
                                     Marie Sosa