| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | |
| In Re:<br><br>Marie Sosa,<br>                       Debtors | Case No.: 18-24035<br><br>Adv. No:<br><br>Hearing Date: 01/23/2019<br><br>Chapter: 13<br><br>Judge: Kathryn C. Ferguson |

## CERTIFICATION OF DEBTOR IN SUPPORT OF SECOND MODIFIED CHAPTER 13 PLAN

Marie Sosa, hereby certify and say:

1. I am the Debtor in connection with the above matter.

2. The Chapter 13 Trustee is outlining non-exempt equity in my real estate. The CMA provided shows a value of $120,000.00 less cost of sale leaving a value of $104,689.00. There is a 1st mortgage claim filed showing a balance due of $75,539.33; condo association arrears of $6201.64 and a second mortgage in the amount of $4025.99 less my Schedule C exemption of $24,755.12. There is negative equity in the amount of ($5,833.08).

3. There is no non-exempt equity in my vehicle.

4. Due to a lose of overtime, I cannot afford a higher trustee payment. A copy of my new income has been provided to the Chapter 13 Trustee.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 22, 2019 /s/ *Marie Sosa*
Marie Sosa