| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 18-24035 / KCF**

Marie Catherine Sosa

Petition Filed Date: 07/13/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2018 | $414.00 | 25240156907 | 08/29/2018 | $414.00 | 51868550 | 10/10/2018 | $567.00 | 53022940 |
| 11/06/2018 | $450.00 | 53743660 | | | | | | |

**Total Receipts for the Period:  $1,845.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,412.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | **CLAIMS AND DISTRIBUTIONS** | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Marie Catherine Sosa | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2016 | Priority Crediors | $772.63 | $0.00 | $772.63 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $46.05 | $0.00 | $46.05 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $2,910.00 | $1,303.09 | $1,606.91 |
| 3 | SIXTY ACRE RESERVE CONDO ASSOC<br>»» CONDO FEES | Unsecured Creditors | $6,201.64 | $0.00 | $6,201.64 |
| 4 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»» P/208 DAISY CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $394.92 | $0.00 | $394.92 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $443.56 | $0.00 | $443.56 |
| 7 | WELLS FARGO BANK, N.A.<br>»» 2014 HONDA CIVIC/CRAM (MP) | Debt Secured by Vehicle | $7,830.00 | $0.00 | $7,830.00 |
| 8 | Midfirst Bank<br>»» P/208 DAISY CT/1ST MTG | Mortgage Arrears | $10,361.02 | $0.00 | $10,361.02 |
| 9 | NAVIENT SOLUTIONS, LLC.<br>»» STUDENT LOANS O/S (MP) | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10007 | WELLS FARGO BANK, N.A.<br>»» Split Claim 2014 HONDA CIVIC/CRAM (MP) | Unsecured Creditors | $5,646.78 | $0.00 | $5,646.78 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 9/25/18 | Attorney Fees | $931.00 | $416.90 | $514.10 |

**Chapter 13 Case No. 18-24035 / KCF**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,412.00 | Plan Balance: | $35,248.00 ** |
| Paid to Claims: | $1,719.99 | Current Monthly Payment: | $567.00 |
| Paid to Trustee: | $164.70 | Arrearages: | $684.00 |
| Funds on Hand: | $527.31 | Total Plan Base: | $37,660.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**