UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

Order Filed on April 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARIE CATHERINE SOSA
               Debtor

Case No.: 18-24035

Adv. No:

Hearing Date: April 10, 2019 @ 9:00 A.M.

Chapter: 13

Judge: Kathryn C. Ferguson

## ORDER TO MODIFY PROOF OF CLAIM #2 FILED BY SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC. FROM SECURED TO UNSECURED

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: April 11, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: MARIE CATHERINE SOSA
Case No. 18-24035(KCF)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #2 FILED BY SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC. FROM SECURED TO UNSECURED
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #2 filed by Sixty Acre Reserve Condominium Association, Inc. from Secured to Unsecured and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #2 filed by Sixty Acre Reserve Condominium Association, Inc. shall be and is hereby modified to an unsecured claim; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within _____ days of the date hereof.