**McGovern Legal Services, LLC**
**Marlena S. Diaz-Cobo, Esq.**
**850 Carolier Lane**
**North Brunswick, NJ 08902**
**Phone (732) 246-1221**
**Fax (732) 246-1872**
**ATTORNEYS FOR SIXTY ACRE RESERVE CONDOMINIUM ASSOCIATION, INC.**

| | |
|---|---|
| In re:<br><br>**MARIE CATHERINE SOSA**<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>IN PROCEEDINGS UNDER CHAPTER 13<br>OF THE BANKRUPTCY CODE<br><br>CASE NO.: **18-24035-MBK**<br><br>**WITHDRAWAL OF MOTION FOR STAY RELIEF** |

Creditor, Sixty Acre Reserve Condominium Association, Inc. (the "Association"), by and through its counsel, McGovern Legal Services, LLC, hereby submits this Withdrawal of the Association's Motion for Stay Relief.

                                                             McGOVERN LEGAL SERVICES, LLC,
                                                             Attorneys for Movant

Dated: August 5, 2019                      By: ____/s/Marlena Diaz-Cobo_____
                                                             MARLENA S. DIAZ-COBO, ESQ.
                                                             An Attorney of the Firm