Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 18−24035−MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Catherine Sosa
   208 Daisy Court
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−6636

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      9/25/19
Time:     09:00 AM
Location:  Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
fee: $1,500

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☑    will not reduce the amount to be paid to general unsecured creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: August 27, 2019
JAN: kmf

                                    Jeanne Naughton
                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-24035-MBK
Marie Catherine Sosa                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin                Page 1 of 2                 Date Rcvd: Aug 27, 2019
                                Form ID: 137               Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2019.
```
db             +Marie Catherine Sosa,    208 Daisy Court,    Jackson, NJ 08527-2583
cr             +Sixty Acre Reserve Condominium Association, Inc.,     Cutolo Barros LLC,
                 46-50 Throckmorton Street,    Freehold, NJ  07728,    UNITED STATES 07728-1973
517642804      +Centra State Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
517642805      +Central Jersey Emerg. Med. Assoc,    P.O. Box 7200,    Freehold, NJ 07728-7200
517642806      +Colts Neck OB/GYN Assoc.,    P.O. Box 6339,    Freehold, NJ 07728-6339
517642808      +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
517642811      +Jersey Shore Anesthesia Associates,    P.O. Box 307,    Neptune, NJ 07754-0307
517642813      +MidFirst Bank,    999 NW Grand Blvd.,    Oklahoma City, OK 73118-6051
517765096      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517642815      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517642819     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517642818      +Sixty Acre Reserve Condominium Assoc,    C/O Cutolo Barros, LLC,    46-50 Throckmorton Street,
                 Freehold, NJ 07728-1973
517657908      +Sixty Acre Reserve Condominium Association, Inc.,     Cutolo Barros, LLC,
                 46-50 Throckmorton Street,    Freehold, NJ 07728-1973
517664543      +US Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
517661786      +US Dept. of HUD,    451 7th St., S.W.,    Washington, DC 20410-0001
517764142       Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 19657,    Irvine CA 92623-9657
517642820      +Wells Fargo Bank, N.A.,    d/b/a Wells Fargo Dealer,    PO Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 27 2019 23:30:58      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 27 2019 23:30:54      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517699259       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2019 23:46:21
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517642803       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2019 23:46:01
                 Capital One Bank Services, Inc.,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
517642807      +E-mail/PDF: pa_dc_ed@navient.com Aug 27 2019 23:35:13      Dept. of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517642809       E-mail/Text: cio.bncmail@irs.gov Aug 27 2019 23:30:21      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517642810       E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 27 2019 23:31:10      Jefferson Capital Systems, LLC,
                 PO Box 23051,    Columbus, GA 31902-3051
517642812       E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Aug 27 2019 23:31:25
                 Meridian Health Pt Pymt,    PO Box 417140,    Boston, MA 02241-7140
517642814      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 27 2019 23:30:53      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517767954       E-mail/PDF: pa_dc_claims@navient.com Aug 27 2019 23:45:36
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517642816      +E-mail/PDF: bankruptcy@ncfsi.com Aug 27 2019 23:34:15      New Century Financial,
                 110 S Jefferson Rd,    Whippany, NJ 07981-1038
517731618      +E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 27 2019 23:31:10      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517642817       E-mail/Text: bankruptcy@savit.com Aug 27 2019 23:31:38      Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517642802     ##+ACB Receivables,   19 Main Street,    Asbury Park, NJ 07712-7012
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 27, 2019
                              Form ID: 137             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2019 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc.
           collections@theassociationlawyers.com
          Rebecca Ann Solarz     on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Marie Catherine Sosa bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```