UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

MARIE CATHERINE SOSA
a/k/a Marie O'Neil

Debtor

Case No.: 18-24035

Adv. No:

Hearing Date: n/a

Chapter: 13

Oral Argument Requested if Objection Filed

Judge: Michael B. Kaplan

## CERTIFICATION IN SUPPORT OF NOTICE OF MOTION APPROVING AND AUTHORIZING FINAL LOAN MODIFICATION

**MARIE SOSA**, hereby certifies as follows:

1. I am the debtor in the above matter and make this Certification in support of a Motion seeking an Order from the Bankruptcy Court approving and authorizing the final loan modification on my first mortgage to Midland Mortgage, A Division of Midfirst Bank of the real property located at 208 Daisy Court, Jackson, NJ 08527.

2. I have received an offer from Midland Mortgage, A Division of Midfirst Bank, which I am accepting. Attached hereto as **"Exhibit A"** is a copy of the Final Loan Modification Agreement prepared by Midland Mortgage, A Division of Midfirst Bank.

3. The mortgage company advised me that I must have the Court approve the final loan modification.

4. I understand that the Court is not approving the reaffirmation of this debt, but of this loan modification.

5. I am therefore requesting the Court to sign an Order approving and authorizing the final loan modification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment by the Court.

Dated: 11-27-19

/s/ Marie Sosa
MARIE SOSA a/k/a Marie O'Neil