Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18−24035−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Catherine Sosa
   208 Daisy Court
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−6636

Employer's Tax I.D. No.:

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on May 2, 2019.

On January 14, 2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:             February 18, 2020
Time:             10:00 AM
Location:         Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 15, 2020
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-24035-MBK
Marie Catherine Sosa                                                Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2          Date Rcvd: Jan 15, 2020
                              Form ID: 185              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 17, 2020.
```
db             +Marie Catherine Sosa,    208 Daisy Court,    Jackson, NJ 08527-2583
cr             +Sixty Acre Reserve Condominium Association, Inc.,    Cutolo Barros LLC,
                 46-50 Throckmorton Street,    Freehold, NJ 07728,    UNITED STATES 07728-1973
517642804      +Centra State Medical Center,    901 West Main Street,    Freehold, NJ 07728-2549
517642805      +Central Jersey Emerg. Med. Assoc,    P.O. Box 7200,    Freehold, NJ 07728-7200
517642806      +Colts Neck OB/GYN Assoc.,    P.O. Box 6339,    Freehold, NJ 07728-6339
517642808      +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
517642811      +Jersey Shore Anesthesia Associates,    P.O. Box 307,    Neptune, NJ 07754-0307
517642813      +MidFirst Bank,    999 NW Grand Blvd.,    Oklahoma City, OK 73118-6051
517765096      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517642815      +Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517642819     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517642818      +Sixty Acre Reserve Condominium Assoc,    C/O Cutolo Barros, LLC,    46-50 Throckmorton Street,
                 Freehold, NJ 07728-1973
517657908      +Sixty Acre Reserve Condominium Association, Inc.,    Cutolo Barros, LLC,
                 46-50 Throckmorton Street,    Freehold, NJ 07728-1973
517664543      +US Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
517661786      +US Dept. of HUD,    451 7th St., S.W.,    Washington, DC 20410-0001
517764142       Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 19657,    Irvine CA 92623-9657
517642820      +Wells Fargo Bank, N.A.,    d/b/a Wells Fargo Dealer,    PO Box 19657,    Irvine, CA 92623-9657
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2020 00:17:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2020 00:17:46      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517699259       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 00:13:31
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517642803       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 16 2020 00:12:36
                 Capital One Bank Services, Inc.,    P. O. Box 30285,    Salt Lake City, UT 84130-0285
517642807      +E-mail/PDF: pa_dc_ed@navient.com Jan 16 2020 00:12:43      Dept. of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517642809       E-mail/Text: cio.bncmail@irs.gov Jan 16 2020 00:17:09      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
517642810       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2020 00:18:13      Jefferson Capital Systems, LLC,
                 PO Box 23051,    Columbus, GA 31902-3051
517642812       E-mail/Text: Meridianbankruptcy@hackensackmeridian.org Jan 16 2020 00:18:42
                 Meridian Health Pt Pymt,    PO Box 417140,    Boston, MA 02241-7140
517642814      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 16 2020 00:17:45      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517767954       E-mail/PDF: pa_dc_claims@navient.com Jan 16 2020 00:11:45
                 Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                 Wilkes-Barre, PA 18773-9635
517642816      +E-mail/PDF: bankruptcy@ncfsi.com Jan 16 2020 00:11:44      New Century Financial,
                 110 S Jefferson Rd,    Whippany, NJ 07981-1038
517731618      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 16 2020 00:18:13      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517642817       E-mail/Text: bankruptcy@savit.com Jan 16 2020 00:19:06      Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 13
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517642802    ##+ACB Receivables,    19 Main Street,    Asbury Park, NJ 07712-7012
                                                                                 TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Jan 15, 2020
                              Form ID: 185               Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2020 at the address(es) listed below:
          Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo     docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marlena S. Diaz-Cobo    on behalf of Creditor    Sixty Acre Reserve Condominium Association, Inc.
           collections@theassociationlawyers.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Marie Catherine Sosa woliver@oliverandlegg.com,
           R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```