| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 18-24035 / MBK**

Marie Catherine Sosa

Petition Filed Date: 07/13/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $567.00 | 55187890 | 02/15/2019 | $567.00 | 56248080 | 03/27/2019 | $567.00 | 57321320 |
| 04/25/2019 | $567.00 | 57973840 | 07/08/2019 | $500.00 | 59930340 | 09/10/2019 | $600.00 | 61661980 |
| 09/11/2019 | $600.00 | 61661980 | 09/16/2019 | ($600.00) | 61661980 | 11/26/2019 | $500.00 | 26177563945 |

**Total Receipts for the Period: $3,868.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,513.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Marie Catherine Sosa | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2016 | Priority Creditors | $772.63 | $0.00 | $772.63 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $46.05 | $0.00 | $46.05 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,910.00 | $2,829.73 | $80.27 |
| 3 | SIXTY ACRE RESERVE CONDO ASSOC<br>»»  CONDO FEES/ORDER 4/11/19 | Unsecured Creditors | $6,201.64 | $0.00 | $6,201.64 |
| 4 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/208 DAISY CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $394.92 | $0.00 | $394.92 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $443.56 | $0.00 | $443.56 |
| 7 | WELLS FARGO BANK, N.A.<br>»»  2014 HONDA CIVIC/CRAM | Debt Secured by Vehicle | $7,830.00 | $0.00 | $7,830.00 |
| 8 | Midfirst Bank<br>»»  P/208 DAISY CT/1ST MTG | Mortgage Arrears<br>Hold Funds: Pending Loan Mod. | $10,361.02 | $0.00 | $10,361.02 |
| 9 | NAVIENT SOLUTIONS, LLC<br>»»  O/S PER MP | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10007 | WELLS FARGO BANK, N.A.<br>»»  2014 HONDA CIVIC/CRAM BAL | Unsecured Creditors | $5,646.78 | $0.00 | $5,646.78 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 9/25/18 | Attorney Fees | $931.00 | $891.63 | $39.37 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 4/12/19 | Attorney Fees | $900.00 | $810.57 | $89.43 |
| 10 | - | No Disbursements: No Check | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-24035 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 11 | Midfirst Bank | Mortgage Arrears | $531.00 | $0.00 | $531.00 |
| | »» 208 DAISY COURT/ORDER 6/18/19 | | | | |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $1,500.00 | $825.12 | $674.88 |
| | »» ORDER 9/27/19 | | | | |
| 0 | William H. Oliver, Jr., Esq. | Attorney Fees | $900.00 | $0.00 | $900.00 |
| | »» ORDER 1/9/20 | | | | |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,513.00 | Plan Balance: | $26,134.00 ** |
| Paid to Claims: | $5,357.05 | Current Monthly Payment: | $542.00 |
| Paid to Trustee: | $399.86 | Arrearages: | $2,629.00 |
| Funds on Hand: | $756.09 | Total Plan Base: | $32,647.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**