Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24035−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marie Catherine Sosa
   208 Daisy Court
   Jackson, NJ 08527

Social Security No.:
   xxx−xx−6636

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/23/20 at 09:00 AM

to consider and act upon the following:

*100* − Creditor's Certification of Default (related document:57 Motion for Relief from Stay re: re: 208 Daisy Court, Jackson, NJ. 08527−2583. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 63 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 09/8/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)


Dated: 9/1/20

                                             Jeanne Naughton
                                             Clerk, U.S. Bankruptcy Court