| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/24/2021
**Chapter 13 Case No. 18-24035 / MBK**

Marie Catherine Sosa

Petition Filed Date: 07/13/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/14/2020 | $300.00 | 69751596167 | 01/27/2020 | $500.00 | 19039282997 | 02/13/2020 | $700.00 | 65581730 |
| 04/17/2020 | $600.00 | 67206800 | 05/06/2020 | $542.00 | 67737410 | 08/03/2020 | $500.00 | 19117878278 |
| 08/03/2020 | $40.00 | 19117878277 | 09/16/2020 | $500.00 | 17670981444 | 09/30/2020 | $300.00 | 26464598335 |
| 10/06/2020 | $350.00 | 71435020 | 11/02/2020 | $300.00 | 72033580 | 12/15/2020 | $600.00 | 73072650 |
| 12/17/2020 | $630.00 | 73124580 | 12/17/2020 | $220.00 | 73124640 | 01/05/2021 | $650.00 | 73593800 |
| 01/08/2021 | $250.00 | 73667050 | 02/23/2021 | $620.00 | 74645440 | | | |

**Total Receipts for the Period: $7,602.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,315.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marie Catherine Sosa | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2016 | Priority Creditors | $772.63 | $0.00 | $772.63 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $46.05 | $0.00 | $46.05 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,910.00 | $2,910.00 | $0.00 |
| 3 | SIXTY ACRE RESERVE CONDO ASSOC<br>»»  CONDO FEES/ORDER 4/11/19 | Unsecured Creditors | $6,201.64 | $0.00 | $6,201.64 |
| 4 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/208 DAISY CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $394.92 | $0.00 | $394.92 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $443.56 | $0.00 | $443.56 |
| 7 | WELLS FARGO BANK, N.A.<br>»»  2014 HONDA CIVIC/CRAM | Debt Secured by Vehicle | $7,830.00 | $1,345.27 | $6,484.73 |
| 8 | Midfirst Bank<br>»»  P/208 DAISY CT/1ST MTG | Mortgage Arrears | $1,572.51 | $270.17 | $1,302.34 |
| 9 | NAVIENT SOLUTIONS, LLC<br>»»  O/S PER MP | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10007 | WELLS FARGO BANK, N.A.<br>»»  2014 HONDA CIVIC/CRAM BAL | Unsecured Creditors | $5,646.78 | $0.00 | $5,646.78 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 9/25/18 | Attorney Fees | $931.00 | $931.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 4/12/19 | Attorney Fees | $900.00 | $900.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | Midfirst Bank<br>»» 208 DAISY COURT/ATTY FEES 9/23/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 11 | Midfirst Bank<br>»» 208 DAISY COURT/ORDER 6/18/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 9/27/19 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 1/9/20 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 5/13/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»» ORDER 10/28/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 12 | Midfirst Bank<br>»» 208 DAISY COURT/ATTY FEES 12/14/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/24/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,315.00 | Plan Balance: | $17,829.00 ** |
| Paid to Claims: | $10,968.44 | Current Monthly Payment: | $567.00 |
| Paid to Trustee: | $919.28 | Arrearages: | $404.00 |
| Funds on Hand: | $1,427.28 | Total Plan Base: | $31,144.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**