## OLIVER & LEGG, LLC

```
          Attorneys At Law
       2240 Route 33, Suite 112
          Neptune, NJ 07753
             732-988-1500
           FAX: 732-775-7404
       E-Mail:  bkwoliver@aol.com
```

April 5, 2021

The Honorable Michael B. Kaplan
United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

**Re:   SOSA, MARIE CATHERINE**
       **Chapter 13 Bankruptcy – Case No.: 18-24035 (MBK0**

Your Honor:

In connection with the above-referenced Chapter 13 Bankruptcy, this office has filed an Application for Supplemental Chapter 13 Fees (Docket Entry #115). We are withdrawing this filing. The hearing on the Trustee's Motion to Dismiss has not occurred. We will re-file the Application after the hearing date.

Respectfully submitted,
/s/ William H. Oliver, Jr.
WILLIAM H. OLIVER, JR.

WHO/gap