| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
Chapter 13 Case No. 18-24035 / MBK

Marie Catherine Sosa

Petition Filed Date: 07/13/2018
341 Hearing Date: 08/16/2018
Confirmation Date: 09/12/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $650.00 | 73593800 | 01/08/2021 | $250.00 | 73667050 | 02/23/2021 | $620.00 | 74645440 |
| 02/26/2021 | $404.00 | 74790490 | 03/05/2021 | $567.00 | 75044820 | 04/05/2021 | $567.00 | 75709850 |
| 04/30/2021 | $604.00 | 76338670 | 06/11/2021 | $604.00 | 77366020 | 07/20/2021 | $604.00 | 78228160 |
| 08/27/2021 | $630.00 | 79042220 | 09/21/2021 | $593.00 | 79617590 | 10/29/2021 | $600.00 | 80441800 |
| 11/29/2021 | $500.00 | 81045950 | 01/03/2022 | $593.00 | 81791180 | 01/31/2022 | $593.00 | 82419690 |

**Total Receipts for the Period:  $8,379.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $20,174.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Marie Catherine Sosa | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2016 | Priority Creditors | $772.63 | $0.00 | $772.63 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $46.05 | $0.00 | $46.05 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,910.00 | $2,910.00 | $0.00 |
| 3 | SIXTY ACRE RESERVE CONDO ASSOC<br>»»  CONDO FEES/ORDER 4/11/19 | Unsecured Creditors | $6,201.64 | $0.00 | $6,201.64 |
| 4 | US DEPT OF HOUSING & URBAN DEVELOPMENT<br>»»  P/208 DAISY CT/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $394.92 | $0.00 | $394.92 |
| 6 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $443.56 | $0.00 | $443.56 |
| 7 | WELLS FARGO BANK, N.A.<br>»»  2014 HONDA CIVIC/CRAM | Debt Secured by Vehicle | $7,830.00 | $6,576.16 | $1,253.84 |
| 8 | Midfirst Bank<br>»»  P/208 DAISY CT/1ST MTG | Mortgage Arrears | $1,572.51 | $1,320.71 | $251.80 |
| 9 | NAVIENT SOLUTIONS, LLC<br>»»  O/S PER MP | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 10007 | WELLS FARGO BANK, N.A.<br>»»  2014 HONDA CIVIC/CRAM BAL | Unsecured Creditors | $5,646.78 | $0.00 | $5,646.78 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 9/25/18 | Attorney Fees | $931.00 | $931.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 4/12/19 | Attorney Fees | $900.00 | $900.00 | $0.00 |

**Chapter 13 Case No. 18-24035 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 10 | Midfirst Bank<br>»»  208 DAISY COURT/ATTY FEES 9/23/20 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 11 | Midfirst Bank<br>»»  208 DAISY COURT/ORDER 6/18/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 9/27/19 | Attorney Fees | $1,500.00 | $1,500.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 1/9/20 | Attorney Fees | $900.00 | $900.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 5/13/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 10/28/20 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 12 | Midfirst Bank<br>»»  208 DAISY COURT/ATTY FEES 12/14/20 | Mortgage Arrears | $350.00 | $350.00 | $0.00 |
| 0 | William H. Oliver, Jr., Esq.<br>»»  ORDER 5/18/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,174.00 | Plan Balance: | $10,701.00 ** |
| Paid to Claims: | $17,649.87 | Current Monthly Payment: | $593.00 |
| Paid to Trustee: | $1,437.75 | Arrearages: | $620.00 |
| Funds on Hand: | $1,086.38 | Total Plan Base: | $30,875.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.