# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone:609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 18-24035 MBK
CHAPTER 13
Judge: Michael B. Kaplan

In re:

Marie Catherine Sosa

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 12/28/2000

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:
Recorded on January 3, 2001 in Ocean County, in Book 10271, at Page 1935.
Property Address: 208 Daisy Court , Jackson NJ 08527 .

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Marie Catherine Sosa

POST-PETITION PAYMENTS (Petition filed on July 13, 2018)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| | | Agreed Order Entered 09/23/2020 | | | - |
| | | To Suspense | $950.00 | 09/18/2020 | $950.00 |
| | | To Suspense | $650.00 | 09/25/2020 | $1,600.00 |
| $1,567.51 AO Lump Sum | 09/30/2020 | AO Payment | From Suspense | 10/12/2020 | $32.49 |
| | | To Suspense | $325.00 | 10/13/2020 | $357.49 |
| | | To Suspense | $300.00 | 10/28/2020 | $657.49 |
| $622.04 | 10/01/2020 | 10/2020 | From Suspense | 10/28/2020 | $35.45 |
| $622.04 | 11/01/2020 | 11/2020 | $625.00 | 12/01/2020 | $38.41 |
| $622.04 | 12/01/2020 | 12/2020 | $650.00 | 12/29/2020 | $66.37 |
| $680.07 | 01/01/2021 | 01/2021 | $700.00 | 01/26/2021 | $86.30 |
| $680.07 | 02/01/2021 | 02/2021 | $700.00 | 02/09/2021 | $106.23 |
| $680.07 | 03/01/2021 | 03/2021 | $710.00 | 03/22/2021 | $136.16 |
| $680.07 | 04/01/2021 | 04/2021 | $710.00 | 04/19/2021 | $166.09 |
| $680.07 | 05/01/2021 | 05/2021 | $690.00 | 05/17/2021 | $176.02 |
| $680.07 | 06/01/2021 | 06/2021 | $710.00 | 06/29/2021 | $205.95 |
| $680.07 | 07/01/2021 | 07/2021 | $710.00 | 08/02/2021 | $235.88 |
| $680.07 | 08/01/2021 | 08/2021 | $710.00 | 08/24/2021 | $265.81 |
| $680.07 | 09/01/2021 | 09/2021 | $710.00 | 09/27/2021 | $295.74 |
| | | To Suspense | $680.00 | 11/02/2021 | $975.74 |

| $680.07 | 10/01/2021 | 10/2021 | From Suspense | 11/02/2021 | $295.67 |
|---|---|---|---|---|---|
| | | To Suspense | $680.00 | 12/06/2021 | $975.67 |
| $680.07 | 11/01/2021 | 11/2021 | From Suspense | 12/06/2021 | $295.60 |
| | | To Suspense | $5.51 | 12/30/2021 | $301.11 |
| | | To Suspense | $680.00 | 01/07/2022 | $981.11 |
| $680.07 | 12/01/2021 | 12/2021 | From Suspense | 01/07/2022 | $301.04 |
| $624.79 | 01/01/2022 | 01/2022 | $625.00 | 02/11/2022 | $301.25 |
| $624.79 | 02/01/2022 | 02/2022 | $625.00 | 03/15/2022 | $301.46 |
| $624.79 | 03/01/2022 | 03/2022 | $625.00 | 04/07/2022 | $301.67 |
| $624.79 | 04/01/2022 | 04/2022 | $625.00 | 05/17/2022 | $301.88 |
| $624.79 | 05/01/2022 | 05/2022 | $635.00 | 06/07/2022 | $312.09 |
| $624.79 | 06/01/2022 | 06/2022 | $630.00 | 07/06/2022 | $317.30 |
| $624.79 | 07/01/2022 | 07/2022 | $630.00 | 08/09/2022 | $322.51 |
| $624.79 | 08/01/2022 | 08/2022 | $630.00 | 09/07/2022 | $327.72 |
| $624.79 | 09/01/2022 | 09/2022 | $630.00 | 10/13/2022 | $332.93 |
| $624.79 | 10/01/2022 | 10/2022 | $645.00 | 11/14/2022 | $353.14 |
| $624.79 | 11/01/2022 | 11/2022 | $630.00 | 12/30/2022 | $358.35 |
| $624.79 | 12/01/2022 | | $0.00 | | $358.35 |
| $677.90 | 01/01/2023 | | $0.00 | | $358.35 |
| **Total Due : $19,769.85** | | **Total Received: $18,825.51** | | **Arrears:$944.34** | |

Continue on attached sheets if necessary.

Monthly payments past due: 1 mo. X $624.79, 1 mo. X $677.90
Arrears: $944.34

Each current monthly payment is comprised of:
    Principal and Interest: $369.56
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $255.23   (Specify:_Escrow__)
    TOTAL $624.79

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)
Notices of Mortgage Payment Change: filed 10/5/18 effective 11/1/18, filed 12/7/18 effective 1/1/19, filed 1/23/2020 effective 1/1/2020, filed 12/03/2020 effective 01/01/2021, filed 11/19/2021 effective 01/01/2022 filed 11/22/2022 effective 01/01/2023.

PRE-PETITION ARREARS: $1,572.51
I certify under penalty of perjury that the foregoing is true and correct.

Dated: 1-23-2023

_Crystal Baker_
Signature    Crystal Baker
    Vice President