**Caption in Compliance with D.N.J. LBR-9004-1**

| |
|---|
| KML Law Group, P.C. |
| By: Denise Carlon Esquire |
| 701 Market Street, Suite 5000 |
| Philadelphia, PA 19106 |
| 201-549-2363 |
| Attorneys for Secured Creditor: MidFirst Bank |

| In Re: | Case No: | 18-24035 MBK |
|---|---|---|
| Marie Catherine Sosa | Chapter: | 13 |
| Debtor | Judge: | Michael B. Kaplan |

**CERTIFICATION OF SERVICE**

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 01/24/2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 01/24/2023                /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Marie Catherine Sosa<br>208 Daisy Court<br>Jackson, NJ 085274 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Robert Cameron Legg<br>Oliver & Legg<br>2240 Highway 33 Suite 112<br>Neptune, NJ 07753 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |