Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18–24035–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Marie Catherine Sosa
208 Daisy Court
Jackson, NJ 08527

Social Security No.:
xxx–xx–6636

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/22/23 at 09:00 AM

to consider and act upon the following:

*125* – Creditor's Certification of Default (related document:57 Motion for Relief from Stay re: re: 208 Daisy Court, Jackson, NJ. 08527–2583. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 63 Order on Motion For Relief From Stay, 100 Creditor's Certification of Default filed by Creditor MIDFIRST BANK, 105 Order (Generic)) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 02/7/2023. (Attachments: # 1 Exhibit Exhibit A Stipulation # 2 Exhibit Exhibit B PPPH Affidavit # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/2/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court