UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market St Suite 5000
Philadelphia, PA 19106
(215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Marie Catherine Sosa, Debtor(s)

Case No.:    __18-24035 MBK__

Chapter:     _____13_____

Hearing Date: _____

Judge:       _Michael B. Kaplan_

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter:  Creditor's Certification of Default filed on or about 01/24/2023, Doc No. 125.

_____

Date: 02/14/2023_____              /s/ Denise Carlon_____
                                              Signature

*rev.8/1/15*