| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Marie Catherine Sosa<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–6636<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–24035–MBK | |

# Order of Discharge                                                                12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Marie Catherine Sosa

<u>11/1/23</u>                                            **By the court:** <u>Michael B. Kaplan</u>
                                                                      United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-24035-MBK

Marie Catherine Sosa                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 3

Date Rcvd: Nov 01, 2023           Form ID: 3180W            Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marie Catherine Sosa, 208 Daisy Court, Jackson, NJ 08527-2583 |
| cr | + | Sixty Acre Reserve Condominium Association, Inc., Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728, UNITED STATES 07728-1973 |
| 517642802 | + | ACB Receivables, 19 Main Street, Asbury Park, NJ 07712-7012 |
| 517642804 | + | Centra State Medical Center, 901 West Main Street, Freehold, NJ 07728-2549 |
| 517642805 | + | Central Jersey Emerg. Med. Assoc, P.O. Box 7200, Freehold, NJ 07728-7200 |
| 517642806 | + | Colts Neck OB/GYN Assoc., P.O. Box 6339, Freehold, NJ 07728-6339 |
| 517642811 | + | Jersey Shore Anesthesia Associates, P.O. Box 307, Neptune, NJ 07754-0307 |
| 517642818 | + | Sixty Acre Reserve Condominium Assoc, C/O Cutolo Barros, LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 517657908 | + | Sixty Acre Reserve Condominium Association, Inc., Cutolo Barros, LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 517642819 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517699259 | | EDI: CAPITALONE.COM | Nov 02 2023 00:37:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517642803 | | EDI: CAPITALONE.COM | Nov 02 2023 00:37:00 | Capital One Bank Services, Inc., P. O. Box 30285, Salt Lake City, UT 84130-0285 |
| 517642807 | + | EDI: MAXMSAIDV | Nov 02 2023 00:37:00 | Dept. of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517642808 | + | EDI: AMINFOFP.COM | Nov 02 2023 00:37:00 | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 517642809 | | EDI: IRS.COM | Nov 02 2023 00:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517642810 | | EDI: JEFFERSONCAP.COM | Nov 02 2023 00:37:00 | Jefferson Capital Systems, LLC, PO Box 23051, Columbus, GA 31902-3051 |
| 517642812 | | Email/Text: Meridianbankruptcy@hackensackmeridian.org | Nov 01 2023 21:02:00 | Meridian Health Pt Pymt, PO Box 417140, Boston, MA 02241-7140 |
| 517765096 | + | EDI: AISMIDFIRST | Nov 02 2023 00:37:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 517642813 | + | EDI: AISMIDFIRST | Nov 02 2023 00:37:00 | MidFirst Bank, 999 NW Grand Blvd., Oklahoma City, OK 73118-6051 |
| 517642814 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2023 21:01:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |

Case 18-24035-MBK    Doc 137    Filed 11/03/23    Entered 11/04/23 00:18:32    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2023 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 517642815 | + | EDI: AISMIDFIRST | Nov 02 2023 00:37:00 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 517767954 | | EDI: MAXMSAIDV | Nov 02 2023 00:37:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 517642816 | + | Email/PDF: bankruptcy@ncfsi.com | Nov 01 2023 21:05:40 | New Century Financial, 110 S Jefferson Rd, Whippany, NJ 07981-1038 |
| 517731618 | + | EDI: JEFFERSONCAP.COM | Nov 02 2023 00:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517642817 | | Email/Text: bankruptcy@savit.com | Nov 01 2023 21:02:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517664543 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 01 2023 21:05:14 | US Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 517661786 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 01 2023 21:05:14 | US Dept. of HUD, 451 7th St., S.W., Washington, DC 20410-0001 |
| 517764142 | | EDI: WFFC2 | Nov 02 2023 00:37:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 19657, Irvine CA 92623-9657 |
| 517642820 | + | EDI: WFFC2 | Nov 02 2023 00:37:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marlena S. Diaz-Cobo | |

on behalf of Creditor Sixty Acre Reserve Condominium Association  Inc. collections@theassociationlawyers.com

Robert Cameron Legg
on behalf of Debtor Marie Catherine Sosa courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6